STANDARD OIL COMPANY OF NEW YORK, Appellant, v. JOURMIRE SILVERMAN, Respondent. STANDARD OIL COMPANY OF NEW YORK, Appellant, v. SILDEL REALTY CORPORATION, Respondent.— Order modified by granting motion without the imposition of any terms, and as so modified affirmed, with ten dollars costs

and disbursements to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.